


101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2023

May 12, 2023

VIA ECF
Hon. Valerie E. Caproni
District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    **WIRTH v. DOMERSON, at al.**
              Case No.: 1:22-CV-10809-VEC

Dear Hon. Judge Caproni:

      Our office represents the defendants Geico Advantage Insurance Company and Government Employees Insurance Company herein. This letter is sent by the parties to request that the Initial Pretrial Conference currently scheduled for May 19, 2023, at 10:00 am, be adjourned. The reason for proposed adjournment is that the Geico defendants' second pre-answer motion, Docket No. 36, is pending and is now fully briefed. Accordingly, the Geico defendants have not yet answered.

      This is the first request by our office for an adjournment of the conference. Plaintiff's counsel has previously requested that the conference be adjourned three times prior. Since that time, the plaintiff served Second and Third Amended Complaints, requiring the defendants' motion to be re-filed. Counsel for plaintiff and the co-defendant Domerson consent to the adjournment.

      The parties request that the conference be adjourned to a date twenty days after a decision on the pending motion, or a date certain set by the Court, with the Joint Letter and Case Management Order to be submitted eight days prior to the Conference.

      Thank you for your attention to this matter.

                                    Very truly yours,

**MEMO ENDORSED**

*Mark Healy*

MAH/mid												MARK A. HEALY

cc:	STADTMAUER & ASSOCIATES
	Attorneys for Plaintiff – VIA ECF

	KELLY RODE & KELLY
	Attorneys for Defendant DOMERSON – VIA ECF

---

Application GRANTED.  The Court interprets the instant letter as a joint request to stay all discovery pending a resolution of the insurance company defendants' motion to dismiss.  The initial pretrial conference scheduled for May 19, 2023, is hereby ADJOURNED *sine die*.

SO ORDERED.

*Valerie Caproni*							Date: 5/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE