```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #:
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 4/26/2024
```

------------------------------------------------------------X
ROBERT C. WIRTH,                                  :
                                                  :
                                                  :
                          Plaintiff,              :
           -against-                              :           22-CV-10809 (VEC)
                                                  :
                                                  :                ORDER
LEONES H. DOMERSON, GEICO                         :
ADVANTAGE INSURANCE COMPANY,                      :
GOVERNMENT EMPLOYEES INSURANCE                    :
COMPANY, and ESSENTIA INSURANCE                   :
COMPANY,                                          :
                                                  :
                          Defendants.   X
---------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

   WHEREAS on April 26, 2024, the parties appeared before the Court for what was scheduled to be a post-fact discovery conference (the "Conference"); and

   WHEREAS fact discovery remains to be conducted;

   IT IS HEREBY ORDERED that fact discovery must be completed by May 31, 2024, including Plaintiff's deposition of Geico; Geico's deposition of Essentia; Defendants' post-deposition demands, and Plaintiff's interrogatory on the issue of whether Geico was notified of the accident from any source other than Plaintiff and if so, when.

   IT IS FURTHER ORDERED that Plaintiff must provide Defendants with reports for all experts on whom he intends to rely in his case in chief by no later than July 31, 2024. The deadline for the balance of expert discovery is October 31, 2024. Other than the deadline for Plaintiff producing his expert reports as noted above, the parties must meet and confer and agree on a schedule for all other aspects of expert discovery. The Court is highly unlikely to extend the October 31, 2024 deadline.

IT IS FURTHER ORDERED that the parties must provide joint monthly discovery reports on the first of every month, or on the first business day thereafter, with the first report due on June 3, 2024.

IT IS FURTHER ORDERED that the next status conference will be held on **November 15, 2024, at 10:00 a.m.** The conference will be held in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

The Court will enter a referral to the Hon. Robert Lehrburger, U.S. Magistrate Judge, for a settlement conference by separate order.

**SO ORDERED.**

**Date: April 26, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**