UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. WIRTH,<br><br>                    Plaintiff,<br><br>    -against-<br><br>LEONES H. DOMERSON, et al.,<br><br>                    Defendants. | 22-CV-10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant Leones H. Domerson and Defendant Essentia Insurance Company did not appear for the pre-settlement conference scheduled for May 6, 2024 (ECF 64). I am sua sponte rescheduling the conference to **Thursday, May 9, 2024 at 11:00 AM.** Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code 356 537 491#**

Defendant Leones H. Domerson and Defendant Essentia Insurance Company are expected to appear for the rescheduled pre-settlement conference and to confirm their intention for doing so by filing a letter on the docket by 5:00 PM on May 7, 2024, on pain of sanctions. The May 7 letters should include an explanation for the failure to appear on May 6, 2024.

DATED:  May 7, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge