UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. WIRTH,<br><br>               Plaintiff,<br><br>-against-<br><br>LEONES H. DOMERSON, et al.,<br><br>               Defendants. | 22-CV-10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of my expanded scope of reference (*see* ECF 80), this action is scheduled for a telephonic status conference on **Thursday, July 11, 2024 at 10:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 352 680 440 #**.

DATED:  July 8, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge