UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert C. Wirth,<br><br>        Plaintiff,<br><br>-against-<br><br>Leones H. Domerson, et al.,<br><br>        Defendants. | 22-CV-10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference: 1) GEICO shall by **July 26, 2024** submit a letter on the issue of prejudice, if any, from the timing of receipt of notice of the claim, and Plaintiff shall submit a response by **August 2, 2024**; 2) Plaintiff shall submit a motion to amend the complaint by **August 2, 2024**, with oppositions, if any, due by **August 16, 2024**, and Plaintiff's reply, if any due by **August 20, 2024**; 3) Plaintiff shall by **August 19, 2024** complete his supplemental document production and certify that he has done so; and 4) the deadline for expert discovery is extended until **January 15, 2025**, except that Plaintiff has until **February 15, 2025** to complete depositions of Defendants' designated experts. No extensions of these deadlines will be granted absent very good cause shown.

DATED:  July 19, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge