UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. WIRTH,<br><br>                      Plaintiff,<br><br>  -against-<br><br>LEONES H. DOMERSON, ET AL.,<br><br>                      Defendants. | 22-CV-10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

GEICO Advantage Insurance Co. ("GEICO") is ordered by Monday, August 19, 2024 to respond to Plaintiff's interrogatory asking GEICO to identify the specific nature of the prejudice, if any, resulting from the timing of the notification of GEICO of the accident at issue in this case. Any response to Plaintiff's motion to amend the complaint is now due on Friday, September 6, 2024.

DATED:  August 8, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge