USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
  ROBERT C. WIRTH,                                          :
                                                            :
                                                            :
                              Plaintiff,                    :
                  -against-                                 :        22-CV-10809 (VEC)
                                                            :
                                                            :        OPINION & ORDER
  LEONES H. DOMERSON, GEICO                                 :
  ADVANTAGE INSURANCE COMPANY,                              :
  GOVERNMENT EMPLOYEES INSURANCE                            :
  COMPANY, and ESSENTIA INSURANCE                           :
  COMPANY,                                                  :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court's order on April 26, 2024 set a status conference on November 15, 2024, *see* Dkt. 69;

WHEREAS the case was referred to Judge Tarnofsky for a settlement conference, *see* Dkt. 70;

WHEREAS the referral to Judge Tarnofsky was amended to include general pretrial and dispositive motions, *see* Dkt. 80; and

WHEREAS Judge Tarnofsky extended the deadline for expert discovery to January 15, 2025, *see* Dkt. 84.

IT IS HEREBY ORDERED that the status conference scheduled for November 15, 2024, at 10:00 a.m is CANCELLED.

**SO ORDERED.**

Date: November 6, 2024
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**