UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. WIRTH,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>LEONES H. DOMERSON,<br><br>　　　　　　Defendant. | 22cv10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As discussed at the conference held on January 27, 2025, it is ORDERED that: 1) the deposition of Dr. Erlanger will take place on the afternoons of February 10 and February 17, 2025; 2) the deposition of Dr. Paley will take place on the morning of February 17, 2025; 3) the deposition of Dr. Lichtenstein will take place on February 14, 2025; and 4) the deposition of Dr. McCabe will take place on or before February 28, 2025.

　　For the reasons discussed at the conference, it is further ORDERED that Dr. Erlanger shall produce on an attorneys' eyes only basis the raw data from the tests of Plaintiff by February 3, 2025; Dr. Erlanger shall, before February 10, 2025, make available for inspection by Plaintiff's counsel the manuals used in scoring the tests of Plaintiff; and those manuals shall be available for viewing by Plaintiff's counsel but not by Plaintiff during the deposition of Dr. Erlanger.

　　It is further ORDERED that Plaintiff shall, by February 3, 2025, either produce the materials listed in Dr. Thomas' expert report that have not yet produced to Defendants or shall require Dr. Thomas to issue a corrected report accurately listing the materials that were

reviewed in connection with preparing the expert report. Defendants may issue a subpoena seeking document production from and a deposition of Dr. McCabe.

The discovery deadline is extended to permit production of documents and depositions consistent with this order; all discovery shall be completed on or before February 28, 2025. I do not anticipate extending these deadlines further absent extraordinarily good cause.

DATED:  January 27, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge