UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert C. Wirth,<br><br>    Plaintiff,<br><br> -against-<br><br>Leones H. Domerson,<br><br>    Defendant. | 22cv10809 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Application granted. The parties shall provide an update on the status but not the substance of their settlement talks by February 24, 2025.

DATED: February 19, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge